

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Department of Agriculture
Austin, Texas

> Attention: Mr. Charles E. Baughman
>
> Opinion Request No. 0-2131
> Re: Can Divisions, other than the
> Weights and Measures Division,
> of the Department of Agricul-
> ture, purchase cars from the
> regular traveling expense ap-
> propriation, or is it mandatory
> that all purchases of new cars
> for any division other than
> special fund lump sum appropri-
> ations, be from the appropria-
> tion of $4,000.00 set out.

Dear Sir:

Your request for an opinion upon the above stated question has been received and considered by this department. To assure a full and accurate presentation of the problem, we quote at length from your letter as follows:

"Senate Bill No. 427, Regular Session of the 46th Legislature carries appropriation to this Department which reads in part as follows:

'Traveling expense for
all divisions                    $30,000.00

'Equipment for Weights
and Measures and pur-
chase of new cars           $ 4,000.00'

"Prior to the current appropriations, this Department, with the exception of the Weights and Measures Division, purchased cars from the Regular Traveling expense appropriation. The general rider attached to Senate Bill No. 427 provides in part as follows:

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

'(b)  The appropriations herein provided
are to be construed as the maximum sums
to be appropriated to and for the several
purposes named herein, and the amounts
are intended to cover and shall cover the
entire cost of the respective items and
the same shall not be supplemented from
any other source; and, except as other-
wise provided, no other expenditures shall
be made, nor shall any other obligations
be incurred by any department of this State,
provided however that nothing herein shall
prevent any department head from paying
less than the maximum amount set forth for
any salaried positions.'

"Please advise if the Divisions of this Depart-
ment, other than Weights and Measures Division, can
purchase cars from the regular traveling expense ap-
propriation or is it mandatory that all purchases
of new cars for any division, other than Special
Fund lump sum appropriations, be from the appropri-
ation of Four Thousand ($4,000.00) Dollars as set
out above."

6 Corpus Juris Secundum, at page 123, gives the fol-
lowing definition of the term "appropriation":

"The word implies use, and has been defined
as meaning act of setting apart or assigning to a
particular use or person, in exclusion of all
others; act of turning, setting aside, taking pos-
session of, or applying to a particular use; ap-
plication to a special use or purpose; setting
apart formally or officially for a special use or
purpose. . . . Used in connection with public funds,
the phrase has been held to imply a legislative in-
tent and act and a specific purpose for which the
appropriation was made, a specific authority to
spend, ownership, and the existence of funds appli-
cable to the designated purpose, either a general
fund or a specific designated fund in esse or for
which provision has been made."

Thus, we see that the very definition of the term
"appropriation" involves throughout an idea of a fund set aside
for specific purpose or use.  Following up this idea, we find
that it is a well established rule that public moneys may not
be diverted from that specific purpose for which they were ap-
propriated.  See 6 Corpus Juris Secundum, page 122, 4 Corpus

Juris 1640, 25 Ruling Case Law 396, 34 Tex. Jurisprudence, 314.

Further, in the case before us, it is plain and obvious that the Legislature did not intend the traveling expense fund to be used for the purchase of automobiles because the traveling expense fund is set out in Item 3 with no mention of automobiles wherein in the very next Item (No. 4) specific provision is made for the purchase of new cars by said department.

Therefore, we conclude with our opinion, and you are respectfully advised, that, the $30,000 travel expense appropriated item may not be used for the purchase of automobiles. The wording of this particular section of the Appropriation Bill would indicate that only that fund of $4,000.00 as set up by Section 4 would be available for such a purpose.

Trusting that this satisfactorily answers your questions, we remain

Yours very truly

ATTORNEY GENERAL OF TEXAS

(Signed)

By

Wm. J. Fanning
Assistant

By

(Signed)
Grundy Williams

GW:ew

APPROVED APR 18, 1940

GERALD C. MANN
ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY B. W. B.
CHAIRMAN